**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1170**

---

KAMAL BITTAR,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A72-166-769)

---

Submitted: October 31, 2006          Decided: November 22, 2006

---

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Edward Gary Shulman, SHULMAN & WEISS, L.L.P., Paterson, New Jersey, for Petitioner. Peter D. Keisler, Assistant Attorney General, Michelle Gorden Latour, Assistant Director, Jennifer J. Keeney, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kamal Bittar, a native and citizen of Syria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen. See 8 C.F.R. § 1003.2(a) (2006); Stewart v. INS, 181 F.3d 587, 595 (4th Cir. 1999). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Bittar, No. A72-166-769 (B.I.A. Jan. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED